IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RONALD BROWN,

    Plaintiff,

v.                              No. 04-1269

PRISON REALTY TRUST, INC., et al.,

    Defendants.

## ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED IN FAVOR OF THE PLAINTIFF

This Civil Rights action was initiated by the Plaintiff, Ronald Brown, on October 15 2004, by invoking the Court's federal question and supplemental jurisdiction. Five days later, Plaintiff accomplished service on all of the Defendants. However, according to the Court's docket, no answers or other responsive pleadings have been filed on behalf of the Defendants, even though the deadline for such responses has expired.[1]

Accordingly, the Defendants are hereby directed, within eleven (11) days of the entry hereof, to show cause why default should not be entered in favor of the Plaintiff based on the Defendants' failure to answer the complaint. Failure of the Defendants to comply in a timely manner with this order may ultimately result in a default judgment in favor of the Plaintiff. See Rule 55, Federal Rules of Civil Procedure.

---

[1] Under Rule 12(a)(1) of the Federal Rules of Civil Procedure, "a defendant shall serve an answer within 20 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1).

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05

IT IS SO ORDERED this 5th day of May, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:04-CV-01269 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Terry Williams
LAW OFFICES OF TERRY WILLIAMS
206 S. Third
Delavan, WI 53115

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert W. Ritchie
RITICHIE, FELS & DILLARD
P. O. Box 1126
Knoxville, TN 37901

Honorable J. Breen
US DISTRICT COURT