# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| RONALD BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:04-1269 |
| ) | |
| PRISON REALTY TRUST, INC. ) | |
| (a/k/a PRISON REALTY CORPORATION), ) | |
| et al,. ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

All matters between the parties having been fully resolved and all parties being in agreement that this cause should be dismissed in its entirety, with full prejudice, the Court therefore finds that this cause should be dismissed, with full prejudice and, accordingly:

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be, and the same is hereby, dismissed against the Defendants, Corrections Corporation of America, Doctor Crants, Prison Realty Trust, Inc., Correctional Management Services Corporation, Prison Realty Management, Inc., and Prison Management Services, Inc., with prejudice as an adjudication upon the merits, and it, is,

**FURTHER, ORDERED, ADJUDGED AND DECREED** that costs of this cause, including filing fees, will be paid by Plaintiff and no discretionary costs, bill of cost, expenses or any attorney fees, either by statute or contract, will be applied for or awarded by either party.



This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  07-05-05



Dated: this 1st day of July, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*Brandon O. Gibson*
**JAMES I. PENTECOST**
**BRANDON O. GIBSON**
**PENTECOST, GLENN & RUDD, PLLC**
106 Stonebridge Blvd.
Jackson, Tennessee 38305


**ROBERT J. WALKER**
**MARK TIPPS**
**JOSEPH WELBORN**
**WALKER, BRYANT, TIPPS & MALONE**
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424

COUNSEL FOR DEFENDANTS

**WAYNE A. RITCHIE, II**
**ROBERT W. RITCHIE**
**RITCHIE, FELS & DILLARD**
P.O. Box 1126
Knoxville, Tennessee 37901-1126


**W. GASTON FAIREY**
**W. GASTON FAIREY, LLC**
1722 Main Street, Suite 300
Columbia, South Carolina 29201

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by U.S. mail upon **Wayne A. Ritchie, II** and **Robert W. Ritchie**, Ritchie Fels & Dillard, P.C., P.O. Box 1126, Knoxville, TN 37901-1126 and **W. Gaston Fairey, LLC,** 1722 Main Street, Suite 300, Columbia, SC 29201 on June _28_, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: _Brandon O. Gibson_
James I. Pentecost (#011640)
Brandon O. Gibson (#21485)
Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01269 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert W. Ritchie
RITICHIE, FELS & DILLARD
P. O. Box 1126
Knoxville, TN 37901

Terry Williams
WILLIAMS LAW OFFICE
250 E. Wisconsin Ave.
Milwaukee, WI 53202--423

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Honorable J. Breen
US DISTRICT COURT